**In the Matter of L. Gilbert FARR, A Member of the Bar of the District of Columbia Court of Appeals.**

**No. 90–95.**

District of Columbia Court of Appeals.

May 22, 1991.

Before FERREN and SCHWELB, Associate Judges, and NEWMAN, Senior Judge.

ORDER

PER CURIAM.

On consideration of the Report and Recommendation filed by the Board on Professional Responsibility wherein the Board

---

recommends that respondent be suspended from the practice of law in the District of Columbia for a period of six months to begin retroactively on February 6, 1990, and it appearing respondent consents to this suspension, it is

ORDERED that respondent is hereby suspended from the practice of law in the District of Columbia for a period of six months to begin retroactively on February 6, 1990.